FELICE JOHN VITI, Acting United States Attorney (#7007)
PETER REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801-524-5682
Email: PeterR@utahcounty.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| In the matter of the application for authorization to search one (1) United States Postal Service (USPS) Priority Mail Parcel No. **9505511804385316889023,** more fully described in Attachment A | Case No. 2:25mj1008-DAO<br><br>AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT<br><br>The Honorable Daphne A. Oberg<br>United States Magistrate Judge |

## AFFIDAVIT

1. Your affiant, USPIS Task Force Officer Solomon Ettinger, is a POST certified and sworn peace officer in the state of Utah, since 2017. I am currently assigned as a Detective with the Utah County Major Crimes Task Force, and a Task Force Officer with the United States Postal Inspection Service. I specialize in narcotics investigations. Along with my POST certification, I successfully completed a Field Training Officer program and am a member of the SWAT team. I have experience investigating crimes such as Theft, Criminal Mischief, DUI, Fraud, Domestic Violence, and other Utah Criminal Code violations. I have training and experience in the identification of drugs as

1

well as their methods of use and distribution. Your affiant has training and experience in identifying signs of impairment related to drugs and alcohol. I have experience in search warrants related to suspects using and/or distributing illegal substances and executing them as a member of the Provo Police Department and Utah County Major Crimes Task Force. As a result of my training and experience, I am familiar with methods employed by individuals engaged in various illegal activities, including production, transportation, distribution, and use of illegal substances.

2. I am currently assigned to investigate a variety of federal violations to include controlled substances being transported via the United States Mails. As part of my duties as a Postal Inspector Task Force Officer, I investigate crimes involving the United States Mail including Title 18, United States Code, Sections 1716, Nonmailable Matter, 1956, Laundering of Monetary Instruments, and Title 21, United States Code, Sections 841(a)(1), Possession with Intent to Distribute a Controlled Substance, and 843(b), Unlawful use of a Communications Facility to Facilitate the Distribution of a Controlled Substance.

3. The facts and information contained in this affidavit reflect either my personal knowledge and experience, or the knowledge and experience of other law enforcement officers and postal employees. Since this affidavit is being submitted for the limited purpose of securing a search warrant from the court, I have not included each and every fact known to me concerning this

        investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the search warrant.

4. Based on my training and experience, I am aware that the United States Postal Service mail system is frequently used to transport illicitly used drugs, including controlled substances and money associated with drug trafficking and other illicit activities, to areas throughout the United States. I also know that many subjects prefer mail/delivery services such as Priority Mail and Priority Mail Express because of the reliability and the ability to track the article's progress to the intended delivery point.

5. Based on my training and experience regarding the use of Priority Mail, I am aware it was created as a less expensive choice than Express Mail overnight delivery, but designed to provide a quicker, more reliable service than standard First-Class Mail. Although a customer mailing an article via Express Mail expects next day service, when they mail an article via Priority Mail the Postal Service provides 2–3-day delivery.

6. Based on my training and experience regarding the use of Priority Mail for the transportation of controlled substances through the U.S. Mail, I know these types of mailings often bear the following characteristics:

   a. They often contain handwritten address information and are being mailed from one individual to another;

   b. They are often paid for using cash or cryptocurrencies to avoid detection by law enforcement;

    c. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for the proceeds from the sales of controlled substances, having been mailed to an area known to be a destination area for the proceeds from the sales of controlled substances.

    d. They often contain heavily taped around every seam to avoid detection by a drug detecting K-9.

7. Based on my training and experience, I know drug traffickers will often use fictitious or incomplete names and/or addresses in an attempt to conceal their identity from law enforcement. Address verifications are conducted and the return addresses listed on the articles are often either fictitious or sender names are not associated with the address.

8. Articles found to bear the characteristics described above are further investigated by inspectors.

9. This affidavit is made in support of an application for a search warrant on (1) United States Postal Service Priority Mail parcel (hereinafter referred to as **SUBJECT PARCEL**). The **SUBJECT PARCEL** is believed to contain illicit drugs as part of a drug trafficking scheme. The **SUBJECT PARCEL** is described as follows:

The **SUBJECT PARCEL** is a United States Postal Service Priority Mail Parcel Tracking No. **9505511804385316889023**, addressed to "Carlos Perez; 2550 S Main St., APT 4101, Salt Lake City, UT 84115", with a return address of "Janis Danielle Traylor; 3802 N. 27th St., Phoenix, AZ 85016", shipped November 12, 2025, via the United States Postal Service (USPS) weighing 2 lbs., 5 oz, with postage affixed and paid for with cash in the amount of $13.75.

### BACKGROUND INVESTIGATION

10. On November 13, 2025, I was conducting e-interdiction activities of parcels inbound to the State of Utah utilizing USPS business records. I located the **SUBJECT PARCEL** destined for 2550 S Main St., APT 4101 Salt Lake City, UT 84115, and noted that the parcel met characteristics outlined in paragraph six.

11. On November 13, 2025, the **SUBJECT PARCEL** arrived at the USPS sorting facility in Salt Lake City, Utah where I intercepted it for further inspection.

12. A review of the **SUBJECT PARCEL** revealed it met all of the characteristics described in Paragraph No. 6 including a hand written label from one person to another, postage paid for using cash, mailed from a known narcotic source mailing location, and heavily taped on every seam.

13. The recipient address of "Carlos Perez; 2550 S Main St., APT 4101, Salt Lake City, UT 84115," was queried via CLEAR, a database accessible to law

enforcement officers, and the results indicated the address is a valid delivery address and a person by the name of Carlos Perez is registered as living there.

14. The sender address of "Janis Danielle Traylor; 3802 N. 27th St., Phoenix, AZ 85016" was queried via CLEAR, a database accessible to law enforcement officers, and the results indicated the address is a valid delivery address however, 3802 N 27th St, is an apartment building with multiple individual apartment units. There was no apartment number listed on the return address, and no one by the name of "Janis Danielle Traylor" is registered as living in any of the units. Furthermore, there are no available records to indicate a person by the name of Janis Danielle Traylor lives in the entire state of Arizona.

15. I know from my training and experience as a narcotics detective and USPS Postal Inspector TFO that the utilization of false names, business names, and addresses are common with those involved in drug trafficking through the mail. This tactic is used to further distance the senders and receivers from the contents of the parcels, and thwart law enforcement investigations.

16. On November 13, 2025, West Valley Police Officer Mackintosh, utilized his certified narcotics trained canine Titan to conduct an open air sniff for the odor of narcotics from the **SUBJECT PARCEL**. At the time, the **SUBJECT PARCEL** was at the Salt Lake City USPIS Domicile and hidden by itself in a hallway that contained other cardboard boxes that appeared to be parcels. Officer Mackintosh led Titan to the hallway where the **SUBJECT PARCEL**

was hidden and let Titan search for the **SUBJECT PARCEL**. When Titan arrived at the **SUBJECT PARCEL,** Officer Mackintosh relayed to me that Titan showed a positive alert on the **SUBJECT PARCEL,** and an indication to the presence of the odor of illegal narcotics.

17. Officer Mackintosh is a certified Peace Officer in the State of Utah, and recertified through POST with canine Titan in November, 2025. Titan is certified in detecting the presence of methamphetamine, heroin, marijuana, psilocybin, and cocaine.

//

//

//

//

//

//

//

//

//

//

//

//

//

18. Based on the aforementioned facts, your Affiant believes there is probable cause to believe that the **SUBJECT PARCEL** described in paragraph No. 9 contains controlled substances and/or proceeds from the trafficking of controlled substances, or other illegal activities that involve the movement of drugs, constituting evidence of violations of Title 18, United States Code, Section 1716, Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1), Possession with Intent to Distribute a Controlled Substance, 843(b), Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

_____

Solomon G. Ettinger
United States Postal Inspection Service
Task Force Officer

The affiant appeared before me by video conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application on this 14th day of November 2025.



The Honorable Daphne A. Oberg
United States Magistrate Judge
District of Utah