## Attachment A

The **SUBJECT PARCEL** is a United States Postal Service Priority Mail Parcel Tracking No. **9505511804385316889023**, addressed to "Carlos Perez; 2550 S Main St., APT 4101, Salt Lake City, UT 84115," with a return address of "Janis Danielle Traylor; 3802 N. 27th St., Phoenix, AZ 85016," shipped November 12, 2025, via the United States Postal Service (USPS) weighing 2 lbs., 5 oz, with postage affixed and paid for with cash in the amount of $13.75.

The **SUBJECT PARCEL** is being held at the Provo City Police Department, and has been held at the Provo City Police Department since November 13, 2025.

**SUBJECT PARCEL Image:**



9