**<u>Attachment B</u>**

ITEMS TO BE SEIZED

A United States Postal Service Priority Mail Parcel Tracking No. **9505511804385316889023**, addressed to "Carlos Perez; 2550 S Main St., APT 4101, Salt Lake City, UT 84115", with a return address of "Janis Danielle Traylor; 3802 N. 27th St., Phoenix, AZ 85016," and its contents, to include controlled substances and/or proceeds from the trafficking of controlled substances, or any documents or items showing names and addresses or persons from whom or to whom the package was sent and/or any items of contraband, constituting evidence of violations of Title 18, United States Code, Section 1716 - Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1) - Possession with Intent to Distribute a Controlled Substance, and 843(b) - Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.